## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 143 DB 2023 (No. 80 RST 2023) |
| | : | |
| ROBERT RAYMOND FLECK, JR. | : | Attorney Registration No. 55174 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM RETIRED STATUS | : | (Chester County) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2023, the Report and Recommendation of Disciplinary Board Member dated December 12, 2023, is approved and it is ORDERED that ROBERT RAYMOND FLECK, JR., who has been on Retired Status, has demonstrated that he has the moral qualifications, competency, and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.